FILED
CLERK, U.S. DISTRICT COURT

JAN 2 5 2018

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION      BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

            Plaintiff,

    v.

Severiano Santos-Pioquinto

            Defendant.

Case No.: 5:18-MJ-00025

ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS
(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1))

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _____ District of Arizona for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (✓)    The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (✓)    information in the Pretrial Services Report and Recommendation

    (✓)    information in the violation petition and report(s)

    (✓)    the defendant's nonobjection to detention at this time

    ( )    other: _____

1

and/ or

B. (✓)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

(✓)   information in the Pretrial Services Report and Recommendation

(✓)   information in the violation petition and report(s)

(✓)   the defendant's nonobjection to detention at this time

( )   other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 1|25|18

SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE

2